IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODNEY LAWRENCE, )
)
        Petitioner, )
)
v. ) 1:05CV00387
) 1:02CR87-1
UNITED STATES OF AMERICA, )
)
        Respondent. )

## O R D E R

On November 15, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. Respondent did file a response confirming it was not seeking a hearing and agreeing that the Judgment should be vacated and re-entered in order to start the appeal time running anew.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that petitioner's motion to vacate, set aside or correct sentence (docket no. 1) is granted on his claim that he received ineffective assistance of counsel by counsel failing to file a notice of appeal, and that petitioner's Judgment of Conviction entered on October 21, 2004 (docket no. 19 [criminal case]) is hereby vacated and is immediately re-entered on this date solely for the purpose of having the appeal time run anew.

**IT IS FURTHER ORDERED** that counsel be appointed for petitioner to assist in his filing a notice of appeal.

_____
United States ~~District~~ Judge

February ~~January~~ 6, 2006